IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JONATHAN L. HERBERT,

Defendant.                                              No. 14-cr-30198-DRH

ORDER OF RESTITUTION

**HERNDON, District Judge:**

On March 27, 2015, Defendant Jonathan L. Herbert was sentenced in the above-captioned case on one count of wire fraud, in violation of Title 18, United States Code, Section 1343. At sentencing, Defendant Herbert (with counsel) agreed with the Government that this Court would defer entry of a restitution order to ensure the inclusion of additional losses, acknowledged in the Victim Impact Statements, in the restitution order. Additionally, other victims, who had not submitted Victim Impact Statements prior to sentencing, were given time to submit their loss information.

Pursuant to Title 18, United States Code, Section 3664(d)(5), the Court deferred entry of the restitution order until June 22, 2015. However, in the Government's motion for entry of order of restitution filed on June 2, 2015 (Doc. 23), the Government indicated that the revised charts showing the amounts of

restitution owed to victims in this case were now complete (See Exhibit 1). Furthermore, defendant has no objection to the revised amounts.

Accordingly, the Court **ORDERS** that defendant make restitution in the amount of $502,167.95 to the victims in this case according to the amounts indicated in the revised chart (Exhibit 1). The Clerk shall enter an amended judgment to reflect such a determination.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2015.

Digitally signed by
David R. Herndon
Date: 2015.06.08
14:33:11 -05'00'

**United States District Judge**