IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-CR-30198-DWD |
| ) | |
| JONATHAN L. HERBERT, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM & ORDER

**DUGAN, District Judge:**

On March 23, 2021, the United States filed a motion to authorize payment from the inmate trust account of Defendant Jonathan L. Herbert (Doc. 40). Defendant did not respond to the Government's motion. On March 27, 2015, the Court sentenced Herbert to a 140-month term of imprisonment and ordered him to pay $502,167.95 in restitution and a $100.00 special assessment (Doc. 21; Doc. 25). As of the date of the Government's motion, Herbert has paid the special assessment and $1,250.00 towards the restitution order, leaving a balance due of $500,917.95.

According to the United States, the Bureau of Prisons maintains in its possession, custody, or control $2,030.47 in encumbered funds belonging to Herbert that are currently held in his trust account. Pursuant to 18 U.S.C. § 3664(n), a person who is obligated to pay restitution or a fine and who receives substantial resources from any person while incarcerated is "required to apply the value of such resources to any restitution or fine still owed." The Court **FINDS** that Defendant still owes $500,917.95 in restitution. For

good cause shown, the Court **GRANTS** the motion to authorize payment from inmate trust account (Doc. 40).  The Bureau of Prisons is **AUTHORIZED** and **ORDERED** to turnover to the Clerk of this Court payment in the amount of $2,030.47. The Clerk of Court shall accept the funds currently held in the trust account for the following inmate:

>Jonathan L. Herbert
>Reg. No. 11409-025
>FCI Coleman - Low
>P.O. Box 1031
>Coleman, FL 33521

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.  Payments shall be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.  The United States shall provide a copy of this Order to the Garnishee.

**SO ORDERED.**

Dated: May 6, 2021

/s/ David W. Dugan
DAVID W. DUGAN
United States District Judge